UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERESA PRIVETTE, | Case No. C16-5082-JPD |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security[1], | |
| Defendant. | |

This matter comes before the Court on the plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b). Dkt. 20. Plaintiff indicates that counsel for defendant has no opposition to this request. *Id*. at 7. Accordingly, the Court GRANTS plaintiff's unopposed motion, Dkt. 20, and ORDERS that attorney's fees in the amount of $2,726.00 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b).

DATED this 1st day of November, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER
PAGE - 1